
Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY H. WHITE, | ) Case No. CV 08-3598 VBF(JC) |
| Petitioner, | ) |
| v. | ) ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |
| BEN CURRY, | ) |
| Respondent. | ) |

On June 3, 2008, petitioner Roy H. White ("petitioner"), a California state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (the "Petition").

The Petition does not purport to be directed to the legality of petitioner's second degree murder conviction sustained in the Los Angeles County Superior Court on February 3, 1986, or the ensuing sentence imposed on February 28, 1986. Rather, the Petition concerns a parole problem. (Petition at 2).

Venue is proper in a habeas action in either the district of conviction or the district of confinement. See 28 U.S.C. § 2241(d).

///

///

1 | In cases in which a habeas petition is directed to the petitioner's underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, district courts in California generally transfer habeas actions questioning state convictions and/or sentences to the district in which the petitioner was convicted and sentenced.

In cases in which a petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. Russo v. Newland, 2000 WL 194812, *1 (N.D. Cal.); accord In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.) (Eastern District of California preferable forum where High Desert State Prison inmate sought federal habeas review of prison disciplinary decision); Giovinco v. Carey, 2003 WL 21696204, *1 (N.D. Cal.) (Eastern District preferable forum for challenge of parole decision made at prison within that district); see also Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (proper forum for federal inmate to challenge execution of sentence is district in which prisoner confined). Accordingly, district courts in California generally transfer habeas actions challenging the manner in which a sentence is being executed to the district in which the petitioner is confined.

Petitioner is housed in the Correctional Training Facility which is located in in Monterey County, within the jurisdictional boundaries of the Northern District of California. See 28 U.S.C. § 84(a). Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in the interests of justice,

///
///
///
///
///

IT IS HEREBY ORDERED:

The Clerk of this Court shall transfer this matter to the United States District Court for the Northern District of California, and shall serve a copy of this Order upon petitioner and upon the California Attorney General.

IT IS SO ORDERED.

DATED: June 13, 2008

_____
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

Presented by:

_____
Jacqueline Chooljian
United States Magistrate Judge



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To:**   Clerk, United States District Court
_____ District of _____
_____

**Re:**   Transfer of our Civil Case No. _____
Case Title: _____

Dear Sir/Madam:

**An order having been made transferring the above-numbered case to your district, we are transmitting herewith our file:**

☐   Original case file documents are enclosed in paper format.
☐   Electronic Documents are accessible through Pacer.
☐   Other: _____

Very truly yours,

Clerk, U.S. District Court

Date: _____   By _____
                                    Deputy Clerk

*cc:*   All counsel of record

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

**Please acknowledge receipt via e-mail to appropriate address listed below and provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov    (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov    (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____   By _____
                                    Deputy Clerk

CV-22 (05/08)                **TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT**