# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–03598–VBF–JC

| | |
|---|---|
| Roy Henry White v. Ben Curry | Date Filed: 06/03/2008 |
| Assigned to: Judge Valerie Baker Fairbank | Date Terminated: 06/13/2008 |
| Referred to: Magistrate Judge Jacqueline Chooljian | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Roy Henry White**  represented by  **Roy Henry White**
CDC D–27085
Correctional Training Facility
P O Box 689
Soledad, CA 93960–0689
PRO SE

V.

**Respondent**

**Ben Curry**
*Warden*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2008 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Valerie Baker Fairbank and referred to Magistrate Judge Jacqueline Chooljian. (Filing fee $ 5 PAID.), filed by Petitioner Roy Henry White. (Attachments: # 1 Part 1 to Petition.) (et) (Entered: 06/06/2008) |
| 06/03/2008 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Valerie Baker Fairbank and referred to Magistrate Judge Jacqueline Chooljian to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 06/06/2008) |
| 06/13/2008 | 3 | ORDER TRANSFERRING ACTION TO United States District Court for the Northern District of California by Judge Valerie Baker Fairbank: IT IS HEREBY ORDERED: The Clerk of this Court shall transfer this matter to the United States District Court for the Northern District of California, and shall serve a copy of this Order upon petitioner and upon the California Attorney General. (See document for further details.) (MD JS–6. Case Terminated.) (Attachments: # 1 transmittal letter CV–22) (pcl) (Entered: 06/16/2008) |