UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROY HENRY WHITE,　　　　　　　　　　　　　No. C 08-3831 MHP (pr)

　　　　　Petitioner,　　　　　　　　　　　　　　**ORDER**

　　　v.

BEN CURRY, warden,

　　　　　Respondent.
　　　　　　　　　　　　　　　　　　　/

　　　The court issued an order on December 1, 2010 denying petitioner's application for leave to proceed in forma pauperis on appeal. That order was prepared before the second half of petitioner's application reached the undersigned. The second half (docket # 21) provides the information that was missing from the first half (docket # 17) of the application. The December 1, 2010 order denying pauper status is now VACATED and replaced with this order.

　　　Petitioner's application to proceed in forma pauperis on appeal is GRANTED. (Docket # 17, # 21.)

　　　IT IS SO ORDERED.

Dated: December 2, 2010　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge